IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

COURT FILE NO.: 05-cv-02041-PSF-MJW

KIMBERLY HILL

                              Plaintiff(s),

v.

NATIONAL CHECK TRUST, INC., a Florida corporation, and
MIKE BROOKS, whose true name is unknown.

                              Defendant(s).

---

**ORDER REGARDING PLAINTIFF'S MOTION FOR RECONSIDERATION REGARDING MOTION TO CONTINUE OR VACATE SCHEDULING CONFERENCE (Docket No. 7)**

The Court, being fully advised in the premises hereby grants/~~denies~~ this Motion for Reconsideration Regarding Motion to Continue or Vacate Scheduling Conference and orders as ~~follows~~: That Plaintiff's Counsel shall Appear, in person, for the Rule 16 Scheduling Conference on 2-9-05 at 9:30 A.m.

Dated: December 15 2005

Magistrate Judge
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

-1-