IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02041-PSF-MJW

KIMBERLY HILL,

    Plaintiff,

v.

NATIONAL CHECK TRUST, INC., a Florida corporation; and
MIKE BROOKS, whose true name is unknown,

    Defendants.

## ORDER DISMISSING CASE WITH PREJUDICE

The Court having reviewed the Unopposed Motion to Dismiss with prejudice and being fully advised in the premises, it is hereby

ORDERED that this case is DISMISSED with prejudice, each party to pay his, her or its own costs and attorney's fees.

DATED: February 13, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge